JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN F. EVANS,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. CV 15-07974-KES<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order, IT IS HEREBY ADJUDGED that the decision of the Commissioner denying benefits is affirmed.

Dated: September 12, 2016

　　　　　　　　　　　　　　　　　　*Karen E. Scott*
　　　　　　　　　　　　　　　　　　———————————————
　　　　　　　　　　　　　　　　　　KAREN E. SCOTT
　　　　　　　　　　　　　　　　　　United States Magistrate Judge